**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No. **04-12399**

Title: **Robert Stepeney   v.   David Winn**

## N O T I C E

The above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge **Keeton** has been reassigned to Judge **Gertner** for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **NG**.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Karen Folan
Deputy Clerk

Date: 1/12/05