UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT STEPENEY<br>Petitioner<br><br>V.<br><br>DAVID WINN<br>Respondent | CIVIL ACTION<br><br>NO.  04cv12399NG |

O R D E R

GERTNER, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization .

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

| | |
|---|---|
| 2/22/2005<br>Date | /s/ NANCY GERTNER<br>United States District Judge |

(2241servINS.wpd - 09/00)                                              [2241serv.]