UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT STEPENEY** )<br>    **Petitioner** )<br> ) <br>    v.   ) <br> )<br>**DAVID L. WINN,** )<br>    **Respondent** ) | C.A. NO. 04-12399-NG |

### MOTION FOR EXTENSION OF TIME

    The United States, through the undersigned attorney, respectfully requests that the date for the government to file a response to Petitioner Robert Stepeney's self-prepared petition for writ of habeas corpus relief under 28 U.S.C. § 2241 be extended up to and including June 22, 2005.  As grounds for this motion, the government states as follows:

    1.   On November 9, 2004, Robert Stepeney filed a 2241 motion with the United States District Court for the District of Massachusetts.  On January 12, 2005, the matter was reassigned from Judge Robert E. Keeton to Judge Nancy Gertner.  On February 22, 2005, Judge Gertner issued an order directing the government to file a response within 60 days of receiving the order.  On February 25, 2005, the U.S. Attorney's Office in Boston received Judge Gertner's Order along with a copy of the Petitioner's claim, thus making the government's response due on or about April 27, 2005.

    2.   The defendant's petition appears to challenge his

federal sentence out of the Southern District of New York (SDNY) following a guilty plea. The defendant seems to claim that (1) he was provided ineffective assistance of counsel, (2) that he is "actually innocent" of the charges against him despite his guilty plea, and (3) that the Sentencing Guidelines were illegally applied in arriving at his sentence. Mr. Stepeney's petition alludes to the denial of his claims on direct appeal as well as the denial of a §2255 motion in the District of Southern District of New York. Attempts to download the relevant documents from the SDNY Pacer system have been unsuccessful. Consequently, the U.S. Attorney's Office has requested production of "hard copies" of the relevant documentation in Mr. Stepeney's case from the Clerks Office in U.S. District Court for the SDNY. At this time, I do not know how long it will take the Clerk's Office to produce the requested materials.

    3.    The undersigned prosecutor is cross-designated as a Special Assistant Attorney General for the Commonwealth of Massachusetts, and in that capacity is designated lead prosecutor in the case of <u>Commonwealth v. Timothy White</u>, Dedham Superior Court Docket No. 03-0154-001 thru -012, a custody case of over two years in which the defendant, a sergeant with the Massachusetts State Police, is charged with stealing more than one-dozen kilograms of cocaine, marijuana and ecstasy from the State Police Narcotics Inspection Unit and distributing a portion

of it during the course of a conspiracy with several other individuals.  White was arrested after he jammed his service weapon in his wife's mouth and physically abused her in front of his two young daughters.  The case is scheduled for trial on May 2, 2005, in Dedham Superior Court, and Justice Judith Fabricant has specially reserved a courtroom for trial in this matter, which is expected to last between 2 and 3 weeks.  Plea negotiations in this case fell apart on Monday afternoon (04/04/05), and the undersigned prosecutor will need time to prepare for this trial.  It is anticipated that between 30 and 40 witnesses will be called to testify.  I am also involved in several other time-consuming cases and ongoing investigations.

    4.  The additional time requested is necessary so that the undersigned AUSA will have enough time to obtain the necessary documentation from SDNY and to prepare an adequate response to Mr. Stepeney's Petition.

    WHEREFORE, the United States respectfully requests an extension of time for the government to file a response to Robert Stepeney's petition for relief pursuant to 28 U.S.C. § 2241, up to and including June 22, 2005.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                              United States Attorney

                      By:  /s/William F. Bloomer
                          WILLIAM F. BLOOMER

                                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

                                  Boston, Massachusetts
                                  12 April 2005

    I, William F. Bloomer, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing, to Robert Stepeney, Federal Bureau of Prisons, Fort Devens/P-2, P.O. Box 879, Ayer, MA 01432, by placing a copy of this motion in the U.S. Postal mail system, first class, prepaid.

                                      /s/William F. Bloomer
                                      WILLIAM F. BLOOMER
                                      Assistant U.S. Attorney