Robert Stepeney
Reg. No. 01163-054
P.O. Box 879
Ayer, MA. 01432

April 18, 2005

Honorable Nancy G. Gertner
United States District Judge
For the District of Massachusetts
One Courthouse Way
Boston, MA. 02210

Re: <u>Robert Stepeney v. David L. Winn</u>, No. **04-12399-NGG**

Dear Judge Gertner,

  I am sending this pleading in my attempt to object to the respondent's motion for an enlargement of time in with which to file a responsive pleading to my petition filed pursuant to 28 U.S.C. § 2241.

  Although the respondent asserts that it is very busy with unrelated litigation, this is a petition that has been filed requesting relief from compelling Sixth Amendment constitutional violation claims.[1] I have also addressed a viable claim of actual innocence in my petition for a writ of habeas corpus filed under § 2241.

  Because of my age (80 years old), serious medical problems that are not getting properly treated, contributing to my poor and deteriorating health and diminished capacity, every day that delays justice is a day that cannot be justified, simply because the respondent has a conflicting duty to the Commonwealth of Massachusetts, as a "Special Assistant Attorney General."

---

[1] The petitioner's constitutional claim revolves around "actual innocence," the denial of the Sixth Amendment right to effective assistance of counsel, as well as the Sixth Amendment claim that his sentence was unconstitutionally enhanced, as delineated in <u>Blakely v. Washington</u>, with the application of a ten year term of supervised release for a 28 U.S.C. § 841 conviction that no more that five years supervised release is applicable.

1

My objection revolves around the fact that if said prosecutor has such a busy schedule then it would seem reasonable to have the instant case assigned to another prosecutor. If for only the simple explanation that "Justice delayed is justice denied." For this reason, I most respectfully pray that this most honorable court move to vacate the order granting the respondent's request for an additional 60-day enlargement of time. Further compelling respondent to file its responsive pleading within 30 days, providing it has obtained said material from the Southern District of New York.

If this honorable court sees fit to deny this request for a modification of the order, it is respectfully pleaded that no further continuances be granted to respondent in these regards. I have recently been diagnosed with a serious medical complication that the Federal Medical Center Devens assets that it will monitor instead of providing me treatment, even though I am experiencing serious pain and have had difficulty laying down in my bed or sleeping for the past three years at F.M.C. Devens.

I do most sincerely thank you in advance for your time and consideration in these regards.

Sincerely,

*Robert Stepeney*
Robert Stepeney

Cc: RS/me
    Respondent