Robert Stepeney
Reg. NO. 01163-054
FMC Devens, Box 879
Ayers, MA. 01432

August 10, 2006

Honorable Nancy Gertner,
United States District Judge
United States District Court
One Courthouse Way
Boston, MA. 02210

Re:   Robert Stepeny v. David L Winn
      No. 04-CV-12399-NG

Dear Judge Gertner,

    I am sending you this letter in my attempt to find out the status of my case concerning the above styled action and numbered cause. To date, I have not heard anything from the court since I filed my motion to amend the petition for a Writ of Habeas Corpus of or about November 9. 2005.

    If you could please provide me with an update of this action it would be greatly appreciated. I do most sincerely thank you in advance for your time and consideration in these regards.

                                        Sincerely,

                                        Robert Stepeny